IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALASTAIR CROSBIE | CIVIL ACTION |
|---|---|
| v. | |
| HIGHMARK, INC., HIGHMARK HEALTH OPTIONS, and GATEWAY HEALTH PLAN | NO. 19-1235 |

## ORDER ON MOTIONS TO DISMISS

**AND NOW**, this 4th day of December, 2019, upon consideration of Defendants' Motions to Dismiss Plaintiff's Amended Complaint (ECF Nos. 18, 19), thes Response thereto (ECF Nos. 23, 24), and the Replies (ECF Nos. 25, 26), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motions to Dismiss are DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1235 Crosbie v. Highmark\19cv1235 MtD Order.doc