IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALASTAIR CROSBIE | CIVIL ACTION |
|---|---|
| v. | |
| HIGHMARK, INC., HIGHMARK HEALTH OPTIONS, and GATEWAY HEALTH PLAN | NO. 19-1235 |

## ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**AND NOW**, this 9th day of March, 2021, upon consideration of Defendants' Motions to for Summary Judgment (ECF 49 and 50), Plaintiff's responses thereto (ECF 56, 57, 62), and the replies in support (ECF 63 and 64), as well as the parties' arguments during the February 24, 2021 hearing (ECF 67) and their post-hearing supplemental briefs (ECF 68, 69, 70), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motions for Summary Judgment are GRANTED.

Final judgment shall be entered in favor of Defendants and against Plaintiff.

The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1235 Crosbie v. Highmark\19cv1235 MSJ Order.doc